JS 44 (Rev. 09/11)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
William Guy Davis, Jr.
Dianne C. Davis

## DEFENDANTS
United States of America

**(b)** County of Residence of First Listed Plaintiff: Escambia
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Jason R. Mosley,
PO Box 12662, Pensacola, FL 32591
850-696-1196

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Med. Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | **Habeas Corpus:** | | ☒ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition) | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
26 USC 6511
Brief description of cause:
Claim for refund of overpayment of income taxes for tax year 2005

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 6,952.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____
DOCKET NUMBER _____

DATE: 01/27/2012
SIGNATURE OF ATTORNEY OF RECORD: *(signature)*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

WILLIAM GUY DAVIS, JR. and
DIANNE C. DAVIS,
Plaintiffs,

v.                                                              CASE NO.:

UNITED STATES OF AMERICA,
SECRETARY OF THE TREASURY,
Defendant.

_____

COMPLAINT

COMES NOW THE PLAINTIFFS, and bring this suit against the United States of America for the refund of tax paid, and state:

1. This is an action against the United States of America for recovery of an overpayment of income taxes for the Tax Year 2005. As the United States of America is a party, this Court has jurisdiction.

2. On Monday, April 17, 2006, Plaintiffs timely filed an extension to file their 2005 Tax Return. Such extension was automatically granted for a period of six (6) months, thereby extending the time for filing their 2005 Tax Return to October 17, 2006.

3. On Saturday, October 17, 2009, the Plaintiffs mailed their 2005 Tax Return. The 2005 Tax Return shows an overpayment of taxes in the amount of $6,952.00. A true and correct copy of the 2005 Tax Return as mailed is attached as Exhibit A.

4. On January 27, 2010, the Internal Revenue Service denied the Plaintiffs' claim for refund relying on Revenue Ruling 2003-41.

5. Rev. Rul. 2003-41 sets forth three situations wherein taxpayers claimed refunds at various times. Situation 2 is apropos in this case.

6. In Situation 2, the Taxpayer was required to file his return, after extension, on Saturday, August 15, 1998. He filed his return on Friday, August 17, 2001, three years and two days after the extended due date. The Rev. Rul. holds that the claim for refund in the form of the return was timely filed, as the extended return due date fell on a Saturday and would be extended to Monday, August 17, 1998 by operation of 26 USC 7503, while finding the Situation 2 taxpayer's claim fell outside the time period of three years immediately preceding the filing of the claim plus applicable extensions for filing. Thus, since the taxpayer's taxes were deemed paid on April 15, 1998 and the extension period was for four months, the taxpayer's claim made three years, four months, and two days after the deemed payment was tardy.

7. The complication the taxpayer in Rev. Rul. 2003-41 Situation 2 faced is not present in this case. The Plaintiffs' claim was timely filed, even by the standards set forth in Rev. Rul. 2003-41, and the taxes were deemed paid within the time period set forth in 26 USC 6511(b)(2)(A).

8. The Plaintiffs' 2005 taxes were deemed paid on April 17, 2006. The applicable extension period was six (6) months. The claim for refund was filed on October 17, 2009. Thus, the claim for refund was made within three years and six months of the deemed payment of the 2005 taxes for which a claim for refund is made.

9. Plaintiffs have engaged the undersigned attorney and are obligated to pay him a reasonable fee.

WHEREFORE, Plaintiffs demand judgment for a refund of taxes paid in the amount of $6,952.00, together with interest, costs and attorney's fees, and such other and further relief as the Court deems appropriate.

Under Penalty of Perjury, the Plaintiffs hereby swear or affirm that the foregoing is true and correct to the best of their knowledge.

_____        _____
William Guy Davis, Jr.                                Dianne C. Davis

State of Florida

County of Escambia

Sworn to and subscribed before me on this the 27th day of January, 2012, by William Guy Davis, Jr. and Dianne C. Davis, both of whom are personally known to me.

JASON R. MOSLEY
Commission # DD 924481
Expires September 13, 2013
Bonded Thru Troy Fain Insurance 800-385-7019

_____
Jason R. Mosley, Notary Public, State of Florida


_____
Jason R. Mosley, Fla. Bar No. 386650
PO Box 12662
Pensacola, FL  32591
(850) 696-1996
jmosley@mosleylaw.net
Attorney for Plaintiffs